OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS



OFFICIAL BUSINESS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02.

8/26/2015
WARGO, RANDALL GEORGE AKA RANDY GEORGE WARGO
Tr. Ct. No. 2013CR10183-W1                                    WR-17,912-06
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RANDALL GEORGE WARGO
BEXAR COUNTY ADULT - SID # 966569
200 N. COMAL
SAN ANTONIO, TX 78207

13B 78207